# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| RODNEY ROTHERT, | ) | |
| Defendant/Appellant, | ) | |
| v. | ) | Case No. 10-cv-1055 |
| RICHARD E. BARBER, *Trustee*, | ) | |
| Plaintiff/Appellee. | ) | |

## ORDER & OPINION

This matter is before the Court on the Mandate of United States Court of Appeals for the Seventh Circuit of September 13, 2011. On August 22, 2011, the Seventh Circuit granted Appellee's Motion to Remand after Indicative Ruling and Dismiss Appeal, dismissed Appellant's appeal, and remanded the appeal to this Court with instructions to remand to the bankruptcy court for approval of the parties' settlement. (Doc. 19).

IT IS THEREFORE ORDERED that the appeal is REMANDED to the bankruptcy court for approval of the settlement.

Entered this 7th day of October, 2011.

s/ Joe B. McDade

JOE BILLY McDADE
United States Senior District Judge